

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-14-00471-CV

PATRICK D. MAHONEY, Appellant

V.

JANICE POUNCY SLAUGHTER AND SAMORI DIALLO, Appellees

Appeal from the 270th District Court of Harris County. (Tr. Ct. No. 2011-30537).

This case is an appeal from the final judgment signed by the trial court on May 13, 2014. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error. Accordingly, the Court **affirms** the trial court's judgment.

The Court **orders** that the appellant, Patrick D. Mahoney, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered May 7, 2015.

Panel consists of Chief Justice Radack and Justices Brown and Lloyd. Opinion delivered by Justice Lloyd.